UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAHSAAN COLEMAN,

        Plaintiff,

    v.

DIANA BECTON BROWN, Municipal Court Judge In and For Contra Costa County of the State of California; *et al.*,

        Defendants.
_____/

No. C-12-6291 EMC (pr)

**ORDER REVOKING PLAINTIFF'S *IN FORMA PAUPERIS* STATUS**

        The Court dismissed this action and entered judgment on April 19, 2013, finding the action to be barred by the rule from *Heck v. Humphrey*, 512 U.S. 477 (1994). Plaintiff then filed a notice of appeal. The Ninth Circuit has referred the matter to this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal or whether the appeal is frivolous or taken in bad faith. Upon review of Plaintiff's filings and the Court's orders, the Court now determines that the appeal is frivolous and revokes Plaintiff's *in forma pauperis* status.

        In his notice of appeal, Plaintiff requested that the Court issue a certificate of appealability. The request is **DENIED** because certificates of appealability do not issue in civil rights actions. *See generally* 28 U.S.C. § 2253(c) (describing procedure for certificate of appealability in habeas action).

        IT IS SO ORDERED.

Dated: May 13, 2013

_____
EDWARD M. CHEN
United States District Judge