**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    RAHSAAN COLEMAN,                              No. C-12-6291 EMC (pr)

9            Plaintiff,

10        v.                                       **ORDER REVOKING PLAINTIFF'S *IN FORMA PAUPERIS* STATUS**

11   DIANA BECTON BROWN, Municipal Court
     Judge In and For Contra Costa County of the
12   State of California; *et al.*,

13           Defendants.
     _____/

14

15        The Court dismissed this action and entered judgment on April 19, 2013, finding the action

16   to be barred by the rule from *Heck v. Humphrey*, 512 U.S. 477 (1994).  Plaintiff then filed a notice

17   of appeal.  The Ninth Circuit has referred the matter to this Court to determine whether *in forma*

18   *pauperis* status should continue for Plaintiff on appeal or whether the appeal is frivolous or taken in

19   bad faith.  Upon review of Plaintiff's filings and the Court's orders, the Court now determines that

20   the appeal is frivolous and revokes Plaintiff's *in forma pauperis* status.

21        In his notice of appeal, Plaintiff requested that the Court issue a certificate of appealability.

22   The request is **DENIED** because certificates of appealability do not issue in civil rights actions.  *See*

23   *generally* 28 U.S.C. § 2253(c) (describing procedure for certificate of appealability in habeas

24   action).

25        IT IS SO ORDERED.

26   Dated:  May 13, 2013

27                                                 _____
                                                   EDWARD M. CHEN
28                                                 United States District Judge